```
                    UNITED STATES DISTRICT COURT
                              FILED
                           FEB 0 3 2000
                    EASTERN DISTRICT OF LOUISIANA
                           Loretta G. Whyte
                                Clerk
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MARUBENI AMERICA CORP.                      CIVIL ACTION

versus                                       NO. 00-0218

MV PISCES TRADER, ET AL                      SECTION: E/4

### ORDER OF TRANSFER

This Court has been advised that the subject matter of the above captioned civil action appears to be related to that asserted in "The Yasuda Fire & Marine Ins. Co., Ltd. v. Combined Transport Systems, Inc., Et Al, Civil Action Number 99-3655, Section "D", Chief Judge A. J. McNamara, Magistrate Division #3, Magistrate Judge Africk..

Accordingly,

IT IS ORDERED that the above captioned matter be TRANSFERRED to

FEB 0 3 2000

TRANSFERRED FROM

SECT. D MAG. 3

DATE OF ENTRY  FEB 0 4 2000

Section "D", Magistrate Division #3, of this Court, for **possible consolidation** with the related matter.

New Orleans, Louisiana, February 1, 2000.

_____
MARCEL LIVAUDAIS, JR.
Senior United States District Judge

Copy To:

(1) Counsel of Record
(2) Magistrate Judge Roby
(3) Magistrate Judge Africk